**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6888**

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JAMES EDWARD DAWKINS,

                                        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (CR-95-9)

———————————

Submitted: September 5, 2002      Decided: September 10, 2002

———————————

Before MOTZ, KING, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

James Edward Dawkins, Appellant Pro Se. Jack M. Knight, Jr., Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Edward Dawkins seeks to appeal the district court's order denying his motions correctly construed as requesting relief under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Dawkins, No. CR-95-9 (W.D.N.C. May 24, 2002). Dawkins' motion for the appointment of counsel is denied. We deny leave to proceed on appeal in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2